# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13-CR-10-6 |
| | ) | |
| JANICE SMALLEY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SRP FEDERAL CREDIT UNION, | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on April 6, 2017, stating that at the time of the service of the Writ it had in its possession, custody or control, funds in an account belonging to the Defendant. According to the Garnishee's Answer, the total sum held in the account is $2,209.16.

The Defendant was properly served with the Writ and notified of her right to a hearing; however the Defendant has chosen not to exercise that right. Moreover, the Defendant has not made any claims for exemption, nor would such a claim succeed in this matter as the funds in the account are non-exempt.

IT IS THEREFORE ORDERED that Garnishee shall pay the balance held in the account in the approximate amount of $2,209.16, plus any accrued interest or other deposits to the Government so that the funds may be applied to the Defendant's outstanding restitution order.

Payments shall be made payable to "Clerk, U.S. District Court" and mailed to:

US Clerk of Court
P.O. Box 1130
Augusta, GA 30903

IT IS SO ORDER ENTERED, this 15th day of May, 2017

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA